UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ PEREZ,<br>    Plaintiff,<br><br>        vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | ) CASE NO. 2:23-cv-07716-SP<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 18, 2024

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE