LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ PEREZ,<br>   Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY<br> Commissioner of Social Security,<br><br>   Defendant. | No: 2:23-cv-07716-SP<br><br><u>ORDER AWARDING EAJA FEES</u> |

     Based upon the parties' Amended Stipulation for Award of EAJA Fees ("Stipulation") (docket no. 22), and a proposed order having now been submitted with plaintiff's request (docket no. 23), the Stipulation and request are granted.

     IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND TWO HUNDRED THIRTY-FOUR DOLLARS AND 40/100 ($5,234.40) and zero costs ($0.00), subject to the terms of the stipulation.

     DATE: August 5, 2024     _____
                                               HON. SHERI PYM
                                               UNITED STATES MAGISTRATE JUDGE